IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PENNSYLVANIA INSURANCE ASSOCIATION, INC. et al., | : : : | |
| Plaintiffs, | : : | CIVIL ACTION |
| v. | : : | NO. 14-759 |
| LOUIS CAMPISANO, et al., | : : | |
| Defendants. | : | |

### ORDER

AND NOW, this 16th day of December, 2015, upon careful and independent consideration of the Defendant The Taft Companies, LLC's Motion to Enforce Settlement (Dkt No. 56), and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Dkt No. 67), IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. Defendant The Taft Companies, LLC's Motion to Enforce Settlement (Dkt No. 56), is DENIED as moot.

3. In consideration of the agreement reached by the settling parties, Plaintiffs are hereby GRANTED leave to file a Second Amended Complaint[i] within seven (7) days, no later than December 23, 2015.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II        J.

---

[i] Plaintiffs are reminded that an Amended Complaint must contain a full case caption listing all remaining parties for purposes of docketing and issuing summonses.